v.

STATE ETHICS COMMISSION, Respondent.

Supreme Court of Pennsylvania.

Jan. 19, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 19th day of January 2001, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether one hired by a non-profit corporation to serve as chief executive officer of the Philadelphia Gas Works is a "public employee" subject to the state Ethics Act.